and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0141/AR. U.S. v. Raymond J. Cooper. CCA 20150425. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the assigned issue, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0172/AR. U.S. v. Zachary S. Richardson–Hoeg. CCA 20150503. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0175/AR. U.S. v. Christopher R. Murphy. CCA 20160088. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0177/AR. U.S. v. Brian K. Jewell II. CCA 20160464. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the issue raised by Appellant pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0178/AR. U.S. v. Michael J. Sadler. CCA 20160300. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Court of Criminal Appeals is affirmed.

No. 17–0179/AR. U.S. v. Eric R. Ramirez. CCA 20140022. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0180/AR. U.S. v. Cassandra M. Riley. CCA 20140960. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0188/AR. U.S. v. Tyran M. Alexander. CCA 20150223. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the issue raised by Appellant pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0189/AR. U.S. v. Gary S. Oscar. CCA 20140445. On consideration of the petition for grant of review of the decision of the United States Army Court of